UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

| | |
|---|---|
| KIM YACHERA and JULIE SHAFER, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br> v.<br><br>WESTMINSTER PHARMACEUTICALS, LLC, CVS PHARMACY, INC., and WALGREEN CO.<br><br>     Defendants. | Civil Action No. 8:18-cv-02463-MSS-AAS |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS CVS PHARMACY, INC. AND WALGREEN CO. ONLY PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Accordingly, Plaintiffs Kim Yachera and Julie Shafer hereby dismiss, without prejudice, all claims against Defendants CVS Pharmacy, Inc. and Walgreen Co. only.  In an abundance of caution, Plaintiffs note that they are <u>not</u> dismissing any claims as to Defendant Westminster Pharmaceuticals, LLC.  Each party shall bear its own costs.

Dated:  February 19, 2019

Respectfully Submitted,

By: __/s/ Scott A. Bursor____
      Scott A. Bursor

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 68362)
2665 South Bayshore Drive, Suite 220
Miami, FL 33133
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com

**BURSOR & FISHER, P.A.**
Andrew J. Obergfell
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: aobergfell@bursor.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2019, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to Defendants' counsel of record.

By: __/s/ Scott A. Bursor___
      Scott A. Bursor

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 68362)
2665 South Bayshore Drive, Suite 220
Miami, FL 33133
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com

**BURSOR & FISHER, P.A.**
Andrew J. Obergfell
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: aobergfell@bursor.com

*Attorneys for Plaintiffs*