UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KIM YACHERA, on behalf of herself
and all others similarly situated,

    Plaintiff,

v.                                              Case No: 8:18-cv-2463-MSS-AAS

WESTMINSTER PHARMACEUTICALS,
LLC, CVS PHARMACY, INC., and
WALGREEN CO.,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon review of the Plaintiffs' Notice of Voluntary Dismissal Without Prejudice as to Defendants CVS Pharmacy, Inc. and Walgreen Co. Only, (Dkt. 50) and pursuant to Fed.R.Civ.P. 41(a)(1), it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE as to DEFENDANTS CVS PHARMACY, INC. and WALGREEN CO. ONLY.** Each party shall bear its own attorneys' fees and costs associated with Plaintiffs' claims against Defendants CVS Pharmacy, Inc. and Walgreen Co. Defendant CVS Pharmacy Inc.'s Motion to Dismiss Plaintiffs' First Amended Complaint, (Dkt. 40), and Defendant Walgreen Co.'s Motion to Dismiss Plaintiffs' First Amended Complaint are **DENIED AS MOOT**. The **CLERK** is directed to **TERMINATE** Defendants CVS Pharmacy, Inc. and Walgreen Co. from the docket.

**DONE and ORDERED** at Tampa, Florida this 20th day of February, 2019.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party